CHARLES J. KERNDT v. THE BOARD OF COMMISSIONERS
OF CHEYENNE COUNTY.

DEFECTIVE RECORD — *Case, Dismissed.*    Where the record on appeal
shows that the findings and judgment are entitled in another case,
without any explanation other than by counsel for plaintiff in error
in their brief, to the effect that the same were adopted by the trial
court from the other case, without changing the title, the petition in
error will be dismissed.

*Error from Cheyenne District Court.*

THE opinion states the case.

*S. W. McElroy,* and *S. B. Bradford,* for plaintiff in error.

Opinion by SIMPSON, C.: The record of this case is in a
peculiar condition.    Most of the proceedings are entitled in
one case, while the findings and judgment are entitled in an-
other case, with different parties plaintiff and defendant.    This
purports to be the record of the case of "Charles J. Kerndt
v. Castle, Swartz and McCullough, County Commissioners of
Cheyenne county."    The findings and judgment are entitled
in the case of "Thomas J. McCarty and R. W. Joqua, *ex rel.,*
v. Edwin N. Phillips, Clerk District Court."    Counsel for
plaintiff in error in their brief say that this is caused by the
trial court adopting for its findings and judgment those of
another case, without changing the title of the other case.

A. T. & S. F. Rld. Co. v. Temple.

The record itself does not contain any hint or reference to such adoption, and we are bound by that, rather than the statement of counsel outside the record. No briefs are filed by counsel for the defendants in error, or no stipulations filed explaining the record.

We recommend that the petition in error be dismissed.

By the Court: It is so ordered.

All the Justices concurring.